IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MATTHEW ROSS, III,

   Petitioner,

    v.

WARDEN GRAMIAK.,

   Respondent.

CIVIL ACTION FILE
NO. 1:11-CV-4499-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action for failure to pay the filing fee. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 12 day of June, 2012.

          /s/Thomas W. Thrash
          THOMAS W. THRASH, JR.
          United States District Judge